**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **DIONDRA MILLER,** | : | **CIVIL ACTION** |
| *Plaintiff*, | : | |
| | : | |
| v. | : | |
| | : | |
| **LAW OFFICES OF** | : | **NO. 24-cv-2764** |
| **PATENAUDE & FELIX, A.P.C.,** | : | |
| *Defendant.* | : | |

## ORDER

**AND NOW**, this **12th** day of **December 2024**, upon review the docket, this case is **DISMISSED** without prejudice for the reasons stated in the Court's memorandum.

The Clerk of Court shall **CLOSE** this case.

**BY THE COURT:**

/s/ Chad F. Kenney
_____
**CHAD F. KENNEY, JUDGE**